UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN -7 2004

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

MR. GEORGE ROCKY BALBOA

~~01454-018~~

petitioner ex. rel.

_____

(Enter above the full name of the plaintiff    (Inmate Reg.# of each Plaintiff)
or plaintiffs in this action).

LT MCARTY/ MR SNOW JERRY MARTIN JAMES CFORDMR FRANCO MR DAWSON MR ARTHU

**VERSUS**                    CIVIL ACTION NO. 5:04- 0009
                              (Number to be assigned by Court)

LT MCARTY/ MR SNOW JERRY MARTIN JAMES FORD MR FRANCO MR DAWSON MR ARTH
ARTHUR MR COOKH.B. BROWNMR,RIFFLE , MS LESLIE,MR HASBROCK,MR MCCALLISTE/
~~MR CROOK MR WHITE MR BLACK MRAYERS~~ MS GRIMES MS OWNS THE NURSEMS THOM
THOMPSON ROSE ,MS BOWMAN ,MS BLANKETSHIP MR PRITT JAMES MCCELLAN MR COLEM
MRCOLEMAN MR GREENWALD MSLESLIE AGAINMS DONNA MURRY MS LEGAL MR JONES
MS OWENS CONTINUED ON NEXT PAGE

DEFENDANTS ET.AL CONTINUED ON PAGE 2 PART 2

(Enter above the full name of the defendant
or defendants in this action).

## COMPLAINT

I.  **Previous Lawsuits**

A.  Have you begun other lawsuits in state or federal court
    dealing with the same facts involved in this action or
    otherwise relating to your imprisonment?

    Yes _____      No ✓

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

MR GEORGE ROCKY BALBUA

01454-018

PETITIONER EX. REL.

_____

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg.# of each Plaintiff)

**VERSUS**   CIVIL ACTION NO._____

(Number to be assigned by Court)

MS BARRETT MS LESLIE MS MAGGIO MS DONNA MURRY MS LACI MS DEBBIE BUCANNON MS KELLY LUCAS MS OWENS THE NURSE AND MS OWENS THE CASE MANAGER MS LYNCH MS LEGAL MS SMITH MS DENISE LAMBERT MS WILLS MSKI KINKAY

ALL DEFENDANTS ET. AL.

(Enter above the full name of the defendant or defendants in this action).

## COMPLAINT

I.  **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ____   No ✓

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit

      Plaintiffs: N/A

      Defendants: N/A

   2. Court (if federal court, name the district; if state court, name the county):

      N/A

   3. Docket Number: N/A

   4. Name of judge to whom case was assigned:

      N/A

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

      N/A

   6. Approximate date of filing lawsuit: N/A

   7. Approximate date of disposition: N/A

2

II.  **Place of Present Confinement:** FCI BECKLEY

   A.  Is there a prisoner grievance procedure in this institution?

      Yes ✓    No ___

   B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?

      Yes ✓    No ___

   C.  If your answer is YES:

      1.  What steps did you take? BP 8's Au to know Avail No Response for 4 mos

      2.  What was the result? Never No Response Aw Counselors Avois me and Mrs Leslie

   D.  If your answer is NO, explain why not: _____

III.  **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A.  Name of Plaintiff: GEORGE Rocky Balbo
       Address: 1600 Industrial Pk Rd P.O. Box 35 Beaver W VA

   B.  Additional Plaintiffs and Address: N/A

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant ALL DEFENDANTS ARE FEDERAL is employed as CORRECTIONAL OFFICERS AN EMPLOYEES at F.C.I BECKLEY SEC

D. Additional defendants: SEE ALL DEFENDANTS IN CAPTION AND ON AN US MARSHALS 285

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

SEE 45 PAGE INCLUSIVE BREIF HERE ALONG WITH ALL PROCESS FORM FOR EACH DEFENDANT TO BE SERVED AS SO ORDERED BY THIS COURT AT THIS PLAINTIFFS EXPENS

4

## IV. Statement of Claim (continued):

SEE ATTACHED 45 PAGE TYPED BREIF ATTACHED HEREIN ON LAW LIBRARY ONLY PE PHYSICAL ABUSE MENTAL ABUSE VERBAL ABUSE MEDICAL SELECTIV PROSECUTION VINDICTNESS NO COPIES CRUEL AND UNUSAL PUNISHMENT FOOD MENTAL ANGUYSH NO LAW CLERK NO LEGAL ASSISTANS LAW LIBRARY MAIL 1 HOUR ALL WEEK SEE THE BREIF ON IT AN INCLUDING LEFT STAPLED

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. SEE EVERYTHING ATTACHED INC

ALSO SEE ATTACHED BREIF HERE N ATTACHED IN THIS 45 PAGE BREIF AS STATES IN AN IN MY CONCLUSION AND CLOSING ARGUMENTS INCLUDING CALL FOR SUSPENSIONS PENDING THE OUTCOME OF A FULL GRAND JURY INQUEST AND THIS COURTS FACTS FINDINGS AND DECISION

IV. Statement of Claim (continued):

ALSO SECURED MAIL BAGS FOR INMATES OUTGOING MAIL VIA US POSTAL SERVICE AV YOU IN HOUSE TRUCK MAIL IN LOCKED MAIL BAGS OR BOXES ADDRESSED TO THE WARDEN NV ASSOCIATE WARDENS AND SIS SECURITY AND AN OUTWARD IP ANOTHER ISSUE IS SEXUAL SEE ATTACH

V. B RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

SEE ATTACHED BRIEF 45 PAGES NU WELL OUT HOW TO ATTACK SEE CLOSING ARGUMENTS AND CONCLUSIONS.

PLEASE ALSO NOTE I NEVER WENT NO ELEMENTARY SCHOOL NO NO JUNI HI SCHOOL NO HI SCHOOL IN 66 YES OF AGE BLIND IN MY RIGHT EYE NO ONE TO ASSIST MY WRITING AT AN OLIEO IT IS BROKE UNDER THE...

## V. Relief (continued)

SEE ATTACHED 46 PAGE BREIF HEREIN IS EVERYTHAN AU SO HAS HOSTIL WIDENOSS THE PLANTIFFS SUPOUSES AND WHOM I CHUSE TO SUPENOA TO SHOW AS IN MI BREIF

## VII. Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name: THE OPFICE OF THE CHEIF COUNSIL THE STATE SENATOR

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ✓   No ___

If so, state the name(s) and address(es) of each lawyer contacted:

MR TIMOTH PURDAS OF P.O. BOX 1680 PINESVILLE W VIRGINIA ALOU WITH THE OFFICE OF THE CHEIF COUNSIL

If not, state your reasons: _____

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ___   No ✓

6

If so, state the lawyer's name and address:

_____N/A_____

_____

Signed this _____ day of _____, 20___.

_____George Roy Bolbo_____

_____01454-018_____

_____PLAINTIFF EX REL_____

_____[signature]_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
(Date)

_____[signature]_____
Signature of Movant/Plaintiff


_____
Signature of Attorney
(if any)

7

Page 1 of 6

United States District Court
Southern District of West Virginia
West Virginia
Charleston West Virginia
25813

To the most Honorable Sir

Your I am blind in my write eye I'm almost 60 yrs old and I am locked down in special housing I have a complete case of Obstruction of Justice

I have a 45 page breif I must attached to this Title 42 USC 1983 action and I have all the exhibits to said breif has well

I also must file this enclosed Title 28 USC 2241 before this Court of Jurisdiction I can do it Because again this Breif an Exhibits are all in my personal property

I have a 2255 Appeal I must also file in the middle District of PA

PG. 2 of 6

The LT MCCEARTY has told the property office to allow me me to get it both property officers MR CALLISTER and CD. SANDERS but both refused to allow me to get into my propertsince NOV THE 15 2003 in act I was denid to get it am BE MR MCALLISTER He would not allow me to get it an

THE LAW LIBRARIES WE HAVE No one here at all for almost 3 months I've been trying to get my legal work and exhibits and photos and copies at no to no avail

I am BLIND IN MY RIGHT EYE Never went to no Elementry school or JR HI School or Hi Scool No school at all

I am under the American Disabilities act there are no Legal asst here no law students an no one as an to assist me

AT NOW I HAVE THE MONEY ON MY COUNT TO PAY TO GET BOTH THESE MOTION FILED AS SOON AS POSSABLE

IM ASKING THE COURT AT MY EXPENSE TO APPOINT SOMEONE TO MAKE AND SERVE AN NECESSARY COPIES

IM SEEKING BEFORE THIS COURT THAT AN ORDER DIRECTING TO MR COLLISTER AND CO MR SANDERS

TO TURN OVER TO ME OR MY LEGAL PAPERS AND MOTIONS AN BREFS AND PHOTOS AND AN NECESSARY PAPER WORK IN WHICH I NEED TO FILE THESE MOTIONS ADEQUATELY AN EFFECTUOUSLY BEFORE THIS COURT

PAGE 8 OF 8

And I'm seeking to ask the court to direct Mr Sandles and Mr McCallister to do this for TN with without that or any other further delay thanking you very much

For your fullon cooparation no understanding had may Gop Bles you. Now thn form

sincerely,

[signature]

I only got Law Librry I houl each sevon days thats it no Tim its not an hour